UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ALVIDA GREGORY,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

                Defendant.
----------------------------------------X

JUDGMENT
05-CV-0172 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★    JUL 2 7 2005    ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 25, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings; and ordering that upon remand, the case will be handled as expeditiously as possible; it is

ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings; and that upon remand, the case will be handled as expeditiously as possible.

Dated: Brooklyn, New York
       July 26, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court